FILED

2008 Feb-13  AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIE JOHNSON AND JOANNE HOLT, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: |
| v. | ) ) | CV-06-RRA-0856-S |
| SOUTHEASTERN FREIGHT LINES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**Memorandum of Opinion**

The case is now before the court on defendant Southeastern Freight Lines' motion for partial summary judgment. (Doc. 36.)  On December 5, 2008, the magistrate recommended that the motion be denied.  After the defendant objected to the recommendation, the magistrate filed a supplement to the report and recommendation on December 21, 2007 and the matter was referred to this court for review.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  An appropriate order will be entered.

DONE this 13th day of February, 2008.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE