FILED
 2008 Mar-31  PM 02:46
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JULIE JOHNSON AND JOANNE HOLT,** ) ) ) **Plaintiffs,** ) **v.** ) ) **SOUTHEASTERN FREIGHT LINES, INC., *et al.*,** ) ) ) **Defendants.** ) | **Civil Action No. 06-RRA-0856-S** |

## MEMORANDUM OPINION

The case is before the court on the motion for summary judgment filed by defendant Southeastern Freight Lines. (Doc. 30).[1] On January 18, 2008, Magistrate Judge Robert Armstrong, to whom this action originally was assigned, recommended that the motion be denied as to both plaintiffs' sex-based hostile work environment claims predicated upon Jason Chappell's conduct occurring before December 16, 2004. (Doc. no. 59). It was further recommended that Southeastern's motion for summary judgment be granted as to all other claims. (*Id.*). Plaintiffs and defendants both have filed objections. (Doc. nos. 60, 61).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate's Report and Recommendation and the objections

---

[1] Plaintiff's claims as to all other defendants have previously been dismissed.

thereto, the court is of the opinion that the Report is due to be, and it hereby is, adopted, and the Magistrate's Recommendations are accepted. An appropriate order will be entered.

 DONE this 31st day of March, 2008.

                _____
                United States District Judge